IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re Search Warrant | Case No. 3:22-mj-601 (RAR) |

**MOTION TO UNSEAL**

The Government hereby moves to unseal this matter as the subject of the warrant is currently in state custody.

Respectfully submitted,

VANESSA R. AVERY
UNITED STATES ATTORNEY

    /s/
JOHN T. PIERPONT, JR.
ASSISTANT UNITED STATES ATTORNEY